02-10-228-CV














 

 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO.
2-10-228-CV

 

TEXAS MIDSTREAM GAS                                                                 APPELLANT

SERVICES, L.L.C.

 

                                                             V.

 

BILL LANFORD, CARL GRASSI,                                                         APPELLEES

ANTHONY REED, BLAKELY 

CABANO, DALE CLARK, 

RICHARD HUTCHISON, 

DARLENE HOOKS, DAVID FAIN, 

TOM ICE, LINDA COX, THOMAS 

MUIR, CHUCK BARNETT, LENNY 

WILLIAMS, AND WARNER JAMES

                                                                                                                            

----------

FROM THE 17TH
DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION[1] AND
JUDGMENT

----------

We
have considered appellant=s ATexas
Midstream Gas Services, L.L.C.’s Motion To Dismiss Appeal.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

Costs
of the appeal shall be paid by appellant, for which let execution issue.  See Tex. R. App. P. 42.1(d).

 

PER
CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT,
J.

 

DELIVERED:  September 30, 2010











[1]See Tex. R. App. P. 47.4.